1 | Robert L. Sallander Jr. (SBN 118352)
rsallander@gpsllp.com
2 | Kyle G. Kunst (SBN 279000)
kkunst@gpsllp.com
3 | **GREENAN, PEFFER, SALLANDER & LALLY LLP**
6111 Bollinger Canyon Road, Suite 500
4 | San Ramon, CA 94583
Telephone:    925-866-1000
5 | Facsimile:    925-830-8787

6 | Attorneys for Plaintiff
C.E. HARRIS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.E. HARRIS, INC., | CASE NO.  3:13-CV-05207-WHO |
| Plaintiff | |
| v. | **[Proposed] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595; and NORTHERN CALIFORNIA CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOC., | |
| Defendants. | |

1

2

1    Upon consideration of the stipulation of the parties filed December 20, 2013, and good
2 cause having been shown, **IT IS HEREBY ORDERED:**
3    The complaint of plaintiff C.E. Harris, Inc., against International Brotherhood of
4 Electrical Workers Local 595 and Northern California Chapter, National Electrical Contractors
5 Association is hereby dismissed without prejudice.
6    Each party is to bear its own attorney's fees and costs related to this action.
7 **IT IS SO ORDERED.**
8
9 Date: December 26, 2013

    _____
    The Honorable William H. Orrick, Jr.
    District Judge
    Court for the Northern District of California

2

[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE          CASE NO. 3:13-CV-05207-WHO